UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**Lee H. Pulsifer and Laura L. Pulsifer,**

        Debtors.         **Bankruptcy Case No. 12-36562-svk**

**LEE H. PULSIFER and LAURA L. PULSIFER,**

        Plaintiffs,         **Adv. Proc. No. 13-021176-svk**

   -vs-         **Case Nos. 13-C-648, 13-C-835**

**U.S. BANK, NATIONAL ASSOCIATION,
as Trustee for Citigroup Mortgage Pass-Through
Certificates Series 2007-AR4, and WELLS FARGO
HOME MORTGAGE,**

        Defendants.

**MARY B. GROSSMAN, Standing Chapter 13 Trustee,**

        Additional Party.

## DECISION AND ORDER

      Now before the Court are two separate motions to withdraw the reference from the bankruptcy court. In the first motion, docketed here as Case No. 13-C-648, the above-captioned defendants move to withdraw the adversary proceeding filed by the above-captioned plaintiffs. In the second motion, docketed here as Case No. 13-C-835, the above-captioned debtors move to withdraw the reference of the Motion for

Relief and Abandonment that was filed in the underlying Chapter 13 proceeding.

Both of these motions are largely unopposed, and both of them seek to prevent the possibility that the bankruptcy court could issue a ruling in a non-core proceeding. As the Court has observed on several occasions, the "distinction between core and non-core proceedings is the most important factor in determining whether there is cause for withdrawal since 'efficiency, uniformity and judicial economy concerns are largely consumed within it.' This is mainly because a bankruptcy judge cannot enter a final judgment in a non-core proceeding. Instead, the bankruptcy judge makes recommendations that are subject to *de novo* review in the district court." *In re Archdiocese of Milwaukee*, --- B.R. ---, 2013 WL 3937021, at \*4 (E.D. Wis. July 29, 2013).

It also seems apparent that these matters can be consolidated, but the Court will reserve judgment on that issue. For now, the Court will **GRANT** the motions to withdraw [ECF No 1 in both cases] and set a telephonic status conference for **October 30, 2013** at **11:00 a.m. (CST)** to discuss how to proceed in the district court.

Dated at Milwaukee, Wisconsin, this 26th day of September, 2013.

        BY THE COURT:

        *[signature]*
        **HON. RUDOLPH T. RANDA**
        **U.S. District Judge**